UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT FRANKLIN,

        Plaintiff,

   v.

KAREN BRUNSON, *et al.*,

        Defendants.

Case No.  C07-5537 RJB/KLS

ORDER DENYING MOTION
FOR EXTENSION OF TIME

    Before the Court is Plaintiff's motion for extension of time.  (Dkt. # 5).  Plaintiff states that he is in IMU, where access to legal materials is limited and that he was placed on paper restrictions from October 5, 2007 until October 11, 2007.  (*Id*.).  Additionally, Plaintiff claims that the LANS computer available for inmate use is broken (*Id*.).  Having reviewed Plaintiff's motion and the balance of the record, the Court finds that Plaintiff's motion should be denied.

    Plaintiff filed his proposed civil rights complaint on September 28, 2007.  (Dkt. # 1).  On October 2, 2007, the Clerk of Court sent Plaintiff a letter advising him that he must either pay a $350.00 filing fee or submit an application to proceed *in forma pauperis* before his civil rights complaint would be filed. (Dkt. # 2).  Plaintiff was given until November 1, 2007 to comply.  (Dkt. # 2).  On October 3, 2007, Plaintiff filed a motion to appoint counsel.  (Dkt. # 3).  On the same day, the Court received service copies of Plaintiff's proposed complaint.  On October 9, 2007, Plaintiff submitted his trust account

ORDER
Page - 1

statement. (Dkt. # 4). On October 24, 2007, Plaintiff submitted the remainder of his application to proceed *in forma pauperis*. (Dkt. # 5). Thus, there are currently no deadlines pending in this action.

Under these circumstances, there is no need for the extension of time sought by Plaintiff and his motion (Dkt. # 5) is **DENIED**.

The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 6th day of November, 2007.

Karen L. Strombom
United States Magistrate Judge