UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT FRANKLIN,<br><br>              Plaintiff,<br><br>    v.<br><br>KAREN BRUNSON, *et al.*<br><br>              Defendants. | Case No. 07-5537 RJBKLS<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |

Before the Court is Plaintiff's motion for appointment of counsel. (Dkt. # 3). Having reviewed the motion, the Court finds for the reasons stated below that Plaintiff's motion should be denied.

**I. DISCUSSION**

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe,* 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331. Neither of these factors is dispositive and both must be viewed together before reaching a decision on request of counsel under Section 1915(d). *Id*.

ORDER - 1

1   Plaintiff has demonstrated an adequate ability to articulate his claims *pro se* and has not
2  demonstrated that the issues involved in this case are complex or that he has had any difficulties in
3  expressing them.  Plaintiff complains that he is not trained in the law and that he has limited access
4  to a law library.  (Dkt. # 3).   However, the difficulties claimed by Plaintiff are of the type which
5  any litigant would have in proceeding pro se, they do not indicate exceptional factors.

6   In addition, Plaintiff has not demonstrated that there is a likelihood of success on the merits
7  of his claims.

8   Accordingly, the Court finds that counsel is not necessary in this case and Plaintiff's motion
9  to appoint counsel (Dkt. # 3) is **DENIED**.

10  The Clerk is directed to send copies of this Order to Plaintiff.

11  DATED this 6th  day of November, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2