UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAREN BRUNSON, *et al.*,<br><br>　　　　　Defendants. | Case No.  C07-5537 RJB/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

The Court, having reviewed Plaintiff's motion for extension of time (Dkt. # 13) to respond to the Court's Order to Show Cause (Dkt. # 11), and the balance of the record, does hereby ORDER:

(1) Plaintiff's motion for an extension of time (Dkt. # 13) is **GRANTED**.  Plaintiff shall file his response **on or before February 8, 2008,** or the Court will enter a report and recommendation that the complaint be dismissed.

(2) The Clerk shall send a copy of this Order to Plaintiff.

DATED this  4th   day of January, 2008.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen L. Strombom*
　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1