UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT FRANKLIN,<br><br>      Plaintiff,<br><br>  v.<br><br>KAREN BRUNSON, *et al.*,<br><br>      Defendants. | Case No.  C07-5537 RJB/KLS<br><br>ORDER DENYING<br>PLAINTIFF'S REQUEST FOR<br>LEGAL SUPPLIES |

  Before the Court is Plaintiff's motion requesting the Court to order the Department of Corrections to provide the Plaintiff with paper and envelopes. (Dkt. # 18).  The Department of Corrections is not a party to this action and therefore, this Court lacks jurisdiction to provide the relief Plaintiff seeks.   See, *Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 110 (1969) ("A court has no power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the defendant.")

  Accordingly, Plaintiff's motion for legal supplies (Dkt. # 18) is **DENIED.**

  DATED this 5th  day of March, 2008.

                       Karen L. Strombom
                       United States Magistrate Judge

ORDER
Page - 1