UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT FRANKLIN,<br><br>            Plaintiff,<br><br>   v.<br><br>KAREN BRUNSON, *et al.*,<br><br>            Defendants. | Case No. C07-5537 RJB/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |

The Court, having reviewed Plaintiff's motion for extension of time (Dkt. # 22) to respond to the Court's Order Directing Plaintiff to File An Amended Complaint (Dkt. # 19), and the balance of the record, does hereby ORDER:

(1) Plaintiff's motion for an extension of time (Dkt. # 22) is **GRANTED**. Plaintiff shall file an Amended Complaint **on or before May 30, 2008,** or the Court will enter a report and recommendation that the complaint be dismissed.

(2) The Clerk **is directed to send** Plaintiff a 1983 civil rights complaint for prisoners and a copy of this Order.

DATED this  4th  day of April, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1